**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-02373-LTB-BNB

LA PLATA VIEW HOLDING COMPANY, INC., a Colorado corporation doing business as *Pagosa Free Press*,

       Plaintiff,

v.

ROBERT CAMPBELL, in his official capacity as County Administrator for the County of Archuleta, Colorado, and,
ARCHULETA COUNTY, a political subdivision,

       Defendants.
_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Plaintiff's Notice of Voluntary Dismissal Under Rule 41(a)(1)(I) (Doc 3 - filed December 4, 2007), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITHOUT PREJUDICE,** each party to pay their own fees and costs.

                          BY THE COURT:

                          s/Lewis T. Babcock
                          Lewis T. Babcock, Judge

DATED: December 5, 2007